IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Washington, Marcel D

Printed: 12/02/08

Case Number: 08 B 08318
Judge: Wedoff, Eugene R
Filed: 4/7/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 16, 2008
Confirmed: June 5, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 283.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 264.60 |
| Trustee Fee: |  | 18.40 |
| Other Funds: |  | 0.00 |
| Totals: | 283.00 | 283.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,514.00 | 264.60 |
| 2. | Internal Revenue Service | Priority | 5,166.34 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 429.55 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 6.49 | 0.00 |
| 5. | Illinois Dept Of Employment Sec | Unsecured | 820.90 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 80.86 | 0.00 |
| 7. | Greater Suburban Acceptance Co | Unsecured | 2,188.50 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 30.21 | 0.00 |
| 9. | ConFin First Bank Of Deleware | Unsecured | 63.34 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 31.95 | 0.00 |
| 11. | Arkansas OCSE | Priority | | No Claim Filed |
| 12. | Arkansas OCSE | Priority | | No Claim Filed |
| 13. | Internal Revenue Service | Priority | | No Claim Filed |
| 14. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 15. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 16. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 17. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 18. | AT&T Credit Management | Unsecured | | No Claim Filed |
| 19. | Barnes Auto Finance | Unsecured | | No Claim Filed |
| 20. | Plaza Associates | Unsecured | | No Claim Filed |
| 21. | Credit Protection Association | Unsecured | | No Claim Filed |
| 22. | Dvra Billing | Unsecured | | No Claim Filed |
| 23. | Georgia Credit Collection | Unsecured | | No Claim Filed |
| 24. | Paul Law Offices | Unsecured | | No Claim Filed |
| 25. | FMS Inc | Unsecured | | No Claim Filed |
| 26. | AFNI | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Washington, Marcel D

Printed: 12/02/08

Case Number: 08 B 08318
Judge: Wedoff, Eugene R
Filed: 4/7/08

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Professional Account Management | Unsecured | | No Claim Filed |
| 28. | Illinois Title Loans | Unsecured | | No Claim Filed |
| 29. | TekCollect | Unsecured | | No Claim Filed |
| 30. | Georgia Credit Collection | Unsecured | | No Claim Filed |
| | | | $ 12,332.14 | $ 264.60 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 18.40 |
| | $ 18.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

